United States District Court
Southern District of Texas

**ENTERED**

May 18, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| ETHAR MOHAMMED ALI ALHASSAN, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-cv-00461 |
| | § | |
| ORLANDO PEREZ, *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Emergency Application for a Temporary Restraining Order and Preliminary Injunction, (Dkt. No. 15 at 1). At the time Petitioner first requested injunctive relief from the Court, the proposed third country of removal was undisclosed. (Dkt. No. 12 at 1; Dkt. No. 15 at 1). Respondents have since indicated that they intend to remove Petitioner to Cameroon. (*See* Dkt. No. 16). Given this development, the Court requires clarification from Petitioner as to the injunctive relief sought, including whether Petitioner now requests that the temporary restraining order and preliminary injunction prohibit only her removal to Cameroon based on a violation of her due process rights, or whether Petitioner also requests injunctive relief that prohibits her removal to Cameroon and any additional undisclosed third countries that Respondents later identify. If Petitioner seeks injunctive relief extending to any future, undisclosed third country of removal, she may also address whether the circumstances giving rise to her request for an emergency temporary restraining order are capable of repetition.

As such, Petitioner is hereby **ORDERED** to submit supplemental briefing clarifying her requested relief by **Tuesday, May 19, 2026, at 5:00 PM Central Time.**

Further, Respondents have represented that they intend to remove Petitioner on or about May 26, 2026. (Dkt. No. 16 at 2). In accordance with Respondents' representation, Petitioner will not be removed before that date.

It is so **ORDERED**.

**SIGNED** on May 18, 2026.

John A. Kazen
United States District Judge