UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **ETHAR MOHAMMED ALI ALHASSAN,** | § | |
| Petitioner, | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-00461** |
| | § | |
| **ORLANDO PEREZ,** *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Request for a Decision on Her Habeas Petition, (Dkt. No. 29). Petitioner requests immediate release, asserting that her continued detention serves no legitimate purpose and lawful removal is not reasonably foreseeable. As such, Respondents hereby **ORDERED** to file a response **by August 21, 2026**, addressing Petitioner's request for relief, any actions taken to comply with the Court's June 12 Order, (Dkt. No. 28), and whether Petitioner's removal is significantly likely to occur in the reasonably foreseeable future.

It is so **ORDERED**.

**SIGNED** on August 11, 2026.

John A. Kazen
United States District Judge